UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 649 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ARTHUR M. COOK, JR., | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Arthur M. Cook, Jr., which was referred to the Magistrate Judge with the consent of the parties.

    On September 16, 2021, the government filed a 1 count Indictment, charging Defendant Cook with Escape from Custody, in violation of Title 18 U.S.C. § 751(a). Defendant was arraigned on September 29, 2021, and entered a plea of not guilty to count 1 of the Indictment, before Magistrate Judge William H. Baughman, Jr. On March 7, 2022, Magistrate Judge Baughman received Defendant Cook's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

    Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

    On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Cook is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the

plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Arthur M. Cook, Jr. is adjudged guilty to count 1 of the Indictment, in violation of Title 18 U.S.C. § 751(a). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on June 27, 2022, at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 7, 2022